# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| TARA AMADO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FIRST PREMIER BANK, and DOES 1 through 100 inclusive,<br><br>　　　　Defendant. | Case No. 5:16-cv-05726-NC<br><br>**ORDER**<br><br>The Hon. Nathanael M. Cousins<br><br>Trial Date:　　Not Yet Set |

### **ORDER**

Based on the Stipulation to Binding Arbitration of the Parties, it is hereby **ORDERED** that the terms of the stipulation shall be binding on the parties and their attorneys as follows:

1. All issues pendant in this action will be submitted to binding arbitration;

2. By reason thereof, Plaintiff and Defendant request the Court to stay this action pending the outcome of the arbitration proceeding;

3. The Court shall retain jurisdiction over this case.

4. IT IS HEREBY ORDERED that the Clerk of the Court shall close this file for administrative purposes, with parties by September 1, 2017 to submit a dismissal or joint status report on arbitration status.

1  5. There is currently a Petition to Compel Arbitration [Dkt. #8] set for
2 January 17, 2017, in this matter that will be taken off calendar as a result of this
3 stipulation and order.

5 DATED: December 23, 2016



_____
Hon. Nathanael M. Cousins
United States Magistrate Judge